DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:04-CR-00052(JKS) |
|---|---|
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| JENNIFER CHRISTENSEN, | ) ON PERMANENT FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $223,169.29 was imposed on April 27, 2005, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against JENNIFER CHRISTENSEN as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by counsel.

4. The judgment entered is not a default judgment.

5. ACCRUED since the entry of judgment are the following sums:

$7,492.84 accrued interest, computed at 3.28%.

$65.00   accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

$450.00   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7. $230,277.13   ACTUALLY DUE on May 24, 2006. Of this total, $221,169.29 is the amount of the original judgment as entered, which still remains due and bears interest at 3.28% in the amount of $19.87 per day from this date.

8. The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9. The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to 100% of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

U.S. vs. JENNIFER CHRISTENSEN
Case No.: 3:04-CR-00052 (JKS)

DATED this 6th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 6th day of June, 2006, at Anchorage, Alaska.

*Traci Ross*
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. JENNIFER CHRISTENSEN
Case No.: 3:04-CR-00052(JKS)