PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: CHRISTENSEN, Jennifer          Case Number: A04-0052-CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, U.S. District Court Judge

Date of Original Sentence:   April 27, 2005

Original Offense:   Wire Fraud

Original Sentence:   24 months imprisonment, 3 years supervised release

Date Supervision Commenced: December 5, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall pay the outstanding balance of any court-ordered fine or restitution during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater."

## CAUSE

The above modification is sought in order to comply with 18 U.S.C. § 3572 and 3664(f)(2), as well as U.S. v. Gunning, 339 F.3rd 948, which require the payment schedule to be set by the Court.

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: December 8, 2006

*Request for Modification of Conditions or Term*
*Name of Offender        :        CHRISTENSEN, Jennifer*
*Case Number             :        A04-0052-CR (JKS)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

Date: 12/14/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF ALASKA

**U.S.A. v CHRISTENSEN, Jennifer**                Docket No. A04-0052-CR (JWS)

    I, <u>Jennifer Christensen</u>, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

"The defendant shall pay the outstanding balance of any court-ordered fine or restitution during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater."

Signed: *[signature]*                Date: 12-13-06
    Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**
    Beth A. Mader                Date: 12-13-06
    U.S. Probation/Pretrial Services Officer